UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LEIGH-DAVIS GLASS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CV615 CDP |
| | ) | |
| SCOTTRADE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon review of the record, I note that plaintiff has not apprised the Court of her current mailing address, as required by Local Rule 2.06. According to the Bureau of Prisons, it appears that plaintiff currently resides at Gateways Hospital, 1801 Lake Shore Ave, Los Angeles, CA 90026.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall mail defendant's motion to dismiss [#28] to plaintiff at the address listed above.

**IT IS FURTHER ORDERED** that plaintiff must show cause by **Thursday, February 18, 2010** why I should not grant defendant's motion or dismiss this case for failure to follow Local Rule 2.06.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of January, 2010.